Argued June 27, affirmed July 24, 1963

## CRANE *v.* STATE INDUSTRIAL ACCIDENT COMMISSION

### 383 P. 2d 1020

*Donald R. Wilson,* Portland, argued the cause for appellant. With him on the brief were Pozzi, Levin & Wilson and Philip A. Levin, Portland.

*T. Walter Gillard,* Assistant Attorney General, Portland, argued the cause for respondent. With him on the brief were Robert Y. Thornton, Attorney General and Ray H. Lafky, Assistant Attorney General, Salem, and George S. Woodworth, Assistant Attorney General, Portland.

Before MCALLISTER, Chief Justice, and ROSSMAN, SLOAN, DENECKE and LUSK, Justices.

PER CURIAM.

Plaintiff's claim against the Commission is for additional compensation alleged to be caused by aggravation of compensable injuries. The Commission's refusal to allow the claim was reviewed by a jury and sustained. Plaintiff appeals. He claims the evidence required the trial court to direct the jury to find aggravation.

It would be wasteful to set forth all of the evidence which we think required jury deliberation. Plaintiff suffered from other ailments not connected with his compensable injuries. It was for the jury to decide whether his present disability was chargeable to his other ailments or to the injuries. And also it was for the jury to find whether or not the injuries had become aggravated. The court properly refused to direct a verdict.

Affirmed.